IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| SYBIL ELIJAH, RAYFORD BROWN, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO.  5:21-CV-00047-RWS |
| PILGRIMS PRIDE CORPORATION, JBS USA HOLDINGS, INC., PACKERS SANITATION SERVICES, LTD., | § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Motion for Leave to File a Supplemental Reply Brief in Opposition to Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint.  Docket No. 77.  Having considered Plaintiffs' motion, and upon finding that good cause exists, the motion is hereby **GRANTED**.  Accordingly, it is

**ORDERED** that Plaintiffs' Supplemental Reply Brief in Opposition to Defendants' Motions to Dismiss Plaintiffs' First Amended Complaints (Docket No. 78) shall be deemed filed and accepted on Friday, January 6, 2023.

**So ORDERED and SIGNED this 10th day of January, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE