IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| SYBIL ELIJAH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DAVID ELIJAH, RAYFOR BROWN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ELNORA BROWN, *Plaintiffs*, vs. PILGRIM'S PRIDE CORPORATION F/K/A PILGRIM'S INDUSTRIES, INC., JBS USA HOLDINGS, INC.; PACKERS SANITATION SERVICES, LTD., *Defendants*. | § § § § § § § § § § § § § § | CAUSE NO. 5:21-CV-00047-RWS |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that attorney Jaclyn Riff hereby enters her appearance as co-counsel on behalf of the Plaintiffs in the above-referenced proceeding. Counsel herby requests notices and copies of all communications and other documents filed in the above-referenced proceeding. Copies should be emailed, mailed or faxed to Jaclyn Riff, counsel for Plaintiffs, at the address set forth below.

DATED this 19th day of January, 2023.

Respectfully submitted,

/s/ Jaclyn Riff
Jaclyn Riff
Texas Bar No. 24125691
SHRADER & ASSOCIATES LLP
9 Greenway Plaza, Suite 2300
Houston, TX 77046
Telephone: (713) 782-0000
Facsimile: (713) 572-9605

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 19th day of January, 2023.

                                                                  */s/Jaclyn Riff*
                                                                  Jaclyn Riff