IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| SYBIL ELIJAH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DAVID ELIJAH; RAYFOR BROWN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ELNORA BROWN, § § § § § § § § § | | |
| Plaintiffs, § | | |
| vs. § | § | CAUSE NO.: 5:21-CV-00047-RWS |
| PILGRIM'S PRIDE CORPORATION F/K/A PILGRIM'S INDUSTRIES, INC.; JBS USA HOLDINGS, INC.; PACKERS SANITATION SERVICES, LTD, § § § § § § | | |
| Defendants. § | | |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL FOR PLAINTIFFS

Plaintiffs, Sybil Elijah, individually and as representative of the Estate of David Elijah, and Rayford Brown, individually and as representative of the Estate of Elnora Brown, file this Notice of Appearance, and hereby notify the Court and all parties of record that James Brunsting Hartle of the law firm Shrader & Associates, LLP hereby enters an appearance as Lead Counsel for Plaintiffs in the above referenced matter.

Jill K. Nicaud shall be withdrawn as counsel for the Plaintiffs.

1

                                                                                                    Respectfully submitted,

Date:  March 14, 2023                 /s/ *James Brunsting Hartle*
                                                             James Brunsting Hartle
                                                             State Bar No. 24082164
                                                            jim@shraderlaw.com
                                                            Jaclyn Riff
                                                            State Bar No. 24125691
                                                            Jackie@shraderlaw.com
                                                            SHRADER & ASSOCIATES, LLP
                                                            9 Greenway Plaza, Suite 2300
                                                            Houston, Texas 77046
                                                            Telephone: (713) 782-000
                                                            Telecopy:   (713) 572-9605

                                                            Kirsten M. Castañeda
                                                            State Bar No. 00792401
                                                            kcastaneda@adjtlaw.com
                                                            ALEXANDER DUBOSE & JEFFERSON LLP
                                                            8144 Walnut Hill Lane, Suite 1000
                                                            Dallas, Texas 75231
                                                            Telephone:  (214) 369-2358
                                                            Telecopier:  (214) 369-2359

                                                           Lance Lee
                                                            State Bar No. 24004762
                                                            wlancelee@gmail.com
                                                            ATTORNEY AT LAW
                                                            5511 Plaza Drive
                                                            Texarkana, Texas 75503
                                                            Telephone: (903) 223-0276
                                                            Facsimile:  (903) 223-0210

                                                            **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that this document has been electronically filed with the United States District Court for the Eastern District of Texas and that a copy was served on the other parties to this lawsuit by delivery, through the electronic filing system, to all counsel of record on this 14th day of March, 2023.

*/s/ James B. Hartle*
James Brunsting Hartle
