# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **RAYFORD BROWN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ELNORA BROWN,** | § § § § | |
| **Plaintiff,** | § § | **Case No. 5:21-cv-00047-RWS** |
| **v.** | § § | |
| **PILGRIM'S PRIDE CORPORATION,** | § § § | |
| **Defendant.** | § | |

## JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

Plaintiff Rayford Brown, Individually and as Representative of the Estate of Elnora Brown ("Plaintiff") and Defendant Pilgrim's Pride Corporation ("PPC," and together with Plaintiff are collectively referred to as the "Parties") file this Joint Motion to Dismiss All Claims with Prejudice, and state as follows:

1.    The Parties have reached a resolution of their disputes; thus, Plaintiff agrees to dismiss with prejudice all claims alleged or that could have been alleged against PPC in this lawsuit.

2.    Further, the Parties request that the Court enter the proposed Agreed Order of Dismissal with Prejudice submitted herewith dismissing all of Plaintiff's claims alleged or that could have been alleged against PPC in this lawsuit with prejudice, and taxing all costs and expenses against the party incurring same.

Respectfully submitted,


/s/ *James Brunsting Hartle*
James Brunsting Hartle, Lead Attorney
Texas State Bar No. 24082164

**SHRADER & ASSOCIATES, LLP**
9 Greenway Plaza, Suite 2300
Houston, Texas 77046
Telephone:  (713) 782-0000
Facsimile:  (713) 572-9605
jim@shraderlaw.com

—And—

Lance Lee
Texas State Bar No. 24004762

**ATTORNEY AT LAW**
6002 Summerfield Dr., Suite B
Texarkana, Texas 75503
Telephone:  (903) 227-8816
wlancelee@gmail.com

**ATTORNEYS FOR PLAINTIFF**

/s/ *Clayton E. Bailey*
Clayton E. Bailey, Lead Attorney Texas
State Bar No. 00796151
Benjamin L. Stewart
Texas State Bar No. 24046917
Jared D. Wilkinson
Texas State Bar No. 24101380
William L. Starks
Texas State Bar No. 24144608

**BAILEY BRAUER PLLC**
Signature Exchange
14785 Preston Road, Suite 1100
Dallas, Texas 75254
Tel:     (214) 360-7433
Fax:     (214) 360-7435
cbailey@baileybrauer.com
bstewart@baileybrauer.com
jwilkinson@baileybrauer.com
wstarks@baileybrauer.com

—And—

Jennifer Parker Ainsworth
Texas State Bar No. 00784720

**WILSON, ROBERTSON & CORNELIUS, P.C.**
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Tel:    (903) 509-5000
Fax:    (903) 509-5092
jainsworth@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANT
PILGRIM'S PRIDE CORPORATION**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the foregoing document accurately states the joint position of the Parties hereto.

/s/ *Clayton E. Bailey*
Counsel for Pilgrim's Pride Corporation

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on July 7, 2025.

/s/ *Clayton E. Bailey*
Counsel for Pilgrim's Pride Corporation