**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| RAYFORD BROWN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ELNORA BROWN, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:21-CV-00047-RWS |
| PILGRIM'S PRIDE CORPORATION, | § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is the parties' Joint Motion to Dismiss All Claims with Prejudice. Docket No. 161. The parties seek the dismissal with prejudice of "all claims alleged or that could have been alleged against [Pilgrim's Pride Corporation] in this lawsuit." *Id.* Having considered the parties' motion (Docket No. 161), and because it is filed jointly, it is hereby **GRANTED**. Accordingly, it is

**ORDERED** that all claims alleged or that could have been alleged by Plaintiff Rayford Brown, individually and as representative of the estate of Elnora Brown, against Defendant Pilgrim's Pride Corporation are **DISMISSED WITH PREJUDICE**. The parties shall each bear their own respective legal expenses, costs, and attorneys' fees. It is further

**ORDERED** that that any pending motions in the above-captioned case are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 8th day of July, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE